UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Nagibe Al-Haj

Write the full name of each plaintiff.

-against-

OMH State of N.Y.
Imam Zalkfl, & Ken

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

18 CV 5505

No. _____
(To be filled out by Clerk's Office)

**COMPLAINT**
(Prisoner)

Do you want a jury trial?
☒ Yes   ☐ No

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 5/6/16

## I. LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☐ Violation of my federal constitutional rights

☑ Other: _New York State O.M.H_

## II. PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

_Nagibe_ _____ _Al-Haj_
First Name / Middle Initial / Last Name

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

_702987_
Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

_Kirby Forensic Psych Center #2E_
Current Place of Detention

_600 East 125th St_
Institutional Address

_Wards Island_ / _N.Y._ / _10035-6095_
County, City / State / Zip Code

## III. PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☐ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☐ Convicted and sentenced prisoner
☑ Other: _OMH State of NY_

Page 2

## IV. DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1:

First Name: ZaIKFL
Last Name: N/A
Shield #: 

Current Job Title (or other identifying information): Imam

Current Work Address: 600 East 125th St

County, City: Wards Island
State: NY
Zip Code: 10035-6095

Defendant 2:

First Name: Kan
Last Name: 
Shield #: N/A

Current Job Title (or other identifying information): Imam

Current Work Address: 600 East 125th St

County, City: Wards Island
State: N.Y.
Zip Code: 10035-6095

Defendant 3:

First Name:
Last Name:
Shield #:

Current Job Title (or other identifying information):

Current Work Address:

County, City:
State:
Zip Code:

Defendant 4:

First Name:
Last Name:
Shield #:

Current Job Title (or other identifying information):

Current Work Address:

County, City:
State:
Zip Code:

## V. STATEMENT OF CLAIM

Place(s) of occurrence: Kirby Forensic Psychiatric Center

Date(s) of occurrence: 5.10.18

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

on the frist Day of Ramedan the Imam I Refuse to Run Jamih Services seem he got the Job at this forensic Center he Post to Run Jamih Services But he Dose Not Run it we did Not have any one to Run Jamih Services seem 4 yr ago and the same with the other Imam too.

## VII. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

6-13-18
Dated

x Nagibe Al-Haj
Plaintiff's Signature

Nagibe
First Name

Middle Initial

Al-Haj
Last Name

600 East 125th St
Prison Address

Wards Island
County, City

N.Y.
State

10035-6095
Zip Code

Date on which I am delivering this complaint to prison authorities for mailing: _____

Page 6

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

N/A

## VI. RELIEF

State briefly what money damages or other relief you want the court to order.

I Feel, for my damages is cust is 4.50

- Ha]
ATRIC CENTER
YCHIATRIC CENTER
PLEX 2E
RK 10035-6095





NEOPOST                FIRST-CLASS MAIL
06/15/2018
US POSTAGE $000.68⁰

ZIP 10035
041M11289011

United State Dist. Court House
Southern District of N.Y.
500 Pearl St  Rm 200
New York, N.Y.  10007

1000781330 CO14